UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KORIN N. BRADLEY,**

    **Plaintiff,**

v.                                                     Case No. 1:22cv52-AW-HTC

**ROBERT E. CAMPBELL,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case is before the Court upon the Magistrate Judge's November 4, 2022 Report and Recommendation (Doc. 19). There has been no objection filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. It is now ORDERED:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process.

3. The clerk is directed to close the case file.

SO ORDERED on December 28, 2022.

                                                         s/ *Allen Winsor*
                                                         United States District Judge

Case No. 1:22cv52-AW-HTC